ST. LOUIS SOUTHWESTERN RY. CO. OF TEXAS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 21, 1909.) No. 1,892. In Error to the District Court of the United States for the Northern District of Texas. E. B. Perkins and J. E. Gilbert (D. Upthegrove, on the brief), for plain-

† Rehearing denied February 1, 1910.

tiff in error. Wm. H. Atwell, U. S. Atty. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that no reversible error is shown by the record. The judgment of the District Court is therefore affirmed.